UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   CV 15-1397 SJO (RAO)                                Date:   May 12, 2015
Title:      Kevin Johnson v. Dr. James Macello, et al.

Present:    The Honorable   **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE RE: PAYMENT OF INITIAL PARTIAL FILING FEE**

   On March 31, 2015, this Court granted Plaintiff's request to proceed without prepayment of filing fees, and ordered that, in accordance with 28 U.S.C. § 1915, an initial partial filing fee of $5.00 must be paid by April 30, 2015.  (ECF No. 7.)  Plaintiff was warned that failure to remit the initial partial filing fee may result in dismissal of the case.  As of today, May 12, 2015, no initial partial filing fee has been paid.

   In light of the foregoing, IT IS HEREBY ORDERED that Plaintiff must show cause, in writing, on or before **June 1, 2015**, why this action should not be dismissed for failure to pay the initial partial filing fee.  Failure to timely show cause and/or pay the initial partial filing fee on or before June 1, 2015 may result in dismissal of the case.

   **IT IS SO ORDERED.**

                                                                                               :
                                                                            Initials of Preparer     gr