UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN JOHNSON,

           Plaintiff,

    v.

DR. JAMES MARCELO, et al.,

           Defendants.

Case No. CV 15-01397 SJO (RAO)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the defendants' motions to dismiss are granted and that Plaintiff's claims against the defendants are dismissed with prejudice.

DATED: March 22, 2016.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE