# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHNSON, | Case No. CV 15-01397 SJO (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| DR. JAMES MARCELO, et al., | |
| Defendants. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: March 22, 2016.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE